IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PERRY L. JOHNSON, JR.,

    Plaintiff,

v.                               CASE NO. 4:17cv348-RH-CAS

DIRECTOR MS. S. HOOKS,
and E. NEGRON-OLIVER,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 47, and the objections, ECF No. 50. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The defendants' summary-judgment motions, ECF Nos. 23 and 39, are granted.

2. The clerk must enter judgment stating, "This action was resolved on summary-judgment motions. It is ordered that the plaintiff Perry L. Johnson, Jr.

recover nothing on his claims against the defendants Director Ms. S. Hooks and E. Negron-Oliver. The claims are dismissed on the merits."

    3. The clerk must close the file.

    SO ORDERED on August 27, 2019.

                                          s/Robert L. Hinkle
                                          United States District Judge